UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-against-

OLAYINKA TEMITOPE OYEBOLA AND
OLAYINKA OYEBOLA & CO. (CHARTERED
ACCOUNTANTS),

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/6/2025____

24 Civ. 7363 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated March 4, 2025, the Court referred this action to the Honorable Gabriel W. Gorenstein for general pretrial purposes.  ECF No. 49; *see also* ECF No. 52.  On March 5, Judge Gorenstein granted the parties' request to amend the case management plan at ECF No. 24.  *See* ECF No. 53.  Under the amended case management plan, the deadline for fact discovery is August 4.  *See id*.  Accordingly, the case management conference before the undersigned scheduled for April 21, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: March 6, 2025
      New York, New York

                                                        ANALISA TORRES
                                                  United States District Judge