

LUCOSKY BROOKMAN LLP

101 Wood Avenue South
5th Floor
Woodbridge, NJ 08830

T – (732) 395-4400
F – (732) 395-4401

111 Broadway
Suite 807
New York, NY 10006

T – (212) 417-8160
F – (212) 417-8161

www.lucbro.com

**MEMORANDUM ENDORSED**

**VIA ELECTRONIC FILING**

April 10, 2025

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Securities and Exchange Commission v. Olayinka Temitope Oyebola and Olayinka Oyebola & Co. (Chartered Accountants)*
Case no. 1:24-cv-07363

Dear Judge Gorenstein:

We represent Defendants Olayinka Temitope Oyebola and Olayinka Oyebola & Co. (Chartered Accountants) ( "Defendants") in the above-captioned matter. We respectfully request an adjournment to April 29, 2024 of the telephonic hearing scheduled for April 14, 2025 regarding our pending motion to withdraw as counsel for Defendants (the "Motion," ECF No. 58). The Motion was filed on Friday, April 4, 2025. On Monday, April 7, 2025, the Court issued an order scheduling the April 14 telephonic hearing (ECF No. 61).

The parties are presently engaged in settlement discussions. We are aware of the Court's rule (Rule 1(F) of Your Honor's Individual Practices) requiring a request for an adjournment of an appearance to be made at least five business days before the appearance, absent unforeseen circumstances. However, substantive settlement discussions with the SEC only began this week, after the Court scheduled the hearing. We are respectfully submitting this request outside of the five-day period because a resolution of this matter would obviate the need for a hearing on our Motion.

Pursuant to Rule 1(F), our office contacted the Deputy Clerk on April 10, 2025. The Clerk informed us that April 29, 2025 and April 30, 2025 are available as alternative dates for the telephonic hearing. The undersigned counsel, Defendants, and the SEC's counsel are all available on those dates. We had previously conferred with the SEC on April 9, 2025, and they informed us that they did not object to adjourning the hearing.

We appreciate the Court's consideration of our request.

Respectfully submitted,

**LUCOSKY BROOKMAN LLP**

*/s/ Anne Melton*
Anne Melton
111 Broadway, Suite 807
New York, New York 10006
(732) 395-4409
amelton@lucbro.com

Ryan Joseph (admitted *pro hac vice*)
101 Wood Avenue South
Woodbridge, New Jersey 08857
(732) 395-4496
rjoseph@lucbro.com

Samuel Blatnick
7300 W 110th Street, Suite 700
Overland Park, Kansas 66210
(913) 392-8505
sblatnick@lucbro.com

***ATTORNEYS FOR DEFENDANTS OLAYINKA TEMITOPE OYEBOLA and OLAYINKA OYEBOLA & CO. (CHARTERED ACCOUNTANTS)***

---

Conference adjourned to Tuesday, April 29, 2025, at 11:00 a.m. The provisions of Docket # 61 continue to apply, including the dial-in instructions. The deadline for the filing of the sworn statement as required by the fifth paragraph of Docket # 61 is extended from April 11, 2025, to April 24, 2025. Lucosky Bookman LLP is directed to serve a copy of this Order on defendants in accordance with the fourth paragraph of Docket # 61.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
April 10, 2025