

**LUCOSKY BROOKMAN LLP**

101 Wood Avenue South
5th Floor
Woodbridge, NJ 08830

T – (732) 395-4400
F – (732) 395-4401

111 Broadway
Suite 807
New York, NY 10006

T – (212) 417-8160
F – (212) 417-8161

www.lucbro.com

## MEMORANDUM ENDORSED

**VIA ELECTRONIC FILING**

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

April 24, 2025

**Re:** *Securities and Exchange Commission v. Olayinka Temitope Oyebola and Olayinka Oyebola & Co. (Chartered Accountants)*
Case no. 1:24-cv-07363

Dear Judge Gorenstein:

We represent Defendants Olayinka Temitope Oyebola and Olayinka Oyebola & Co. (Chartered Accountants) ( "Defendants") in the above-captioned matter.  We respectfully request an adjournment to May 14, 2025 of the telephonic hearing scheduled for April 29, 2025 regarding our pending motion to withdraw as counsel for Defendants (the "Motion," ECF No. 58).

The parties have been, and continue to be, discussing settlement.  Our office and the SEC have been communicating on a regular basis since the Court scheduled the Motion.  We are aware of the Court's rule (Rule 1(F) of Your Honor's Individual Practices) requiring a request for an adjournment of an appearance to be made at least five business days before the appearance, absent unforeseen circumstances.  We are respectfully submitting this request outside of the five-day period because a resolution of this matter would obviate the need for a hearing on our Motion.

Pursuant to Rule 1(F), our office contacted the Deputy Clerk on April 24, 2025.  The Clerk informed us that May 14, 2025 at 11 a.m. EST is available as an alternative date for the telephonic hearing.  The undersigned counsel, Defendants, and the SEC's counsel are all available on that date.  On April 23, 2025, the SEC informed us that they did not object to adjourning the hearing.

We appreciate the Court's consideration of our request.

Respectfully submitted,

**LUCOSKY BROOKMAN LLP**

*/s/ Anne Melton*

**LUCOSKY BROOKMAN**

Anne Melton
111 Broadway, Suite 807
New York, New York 10006
(732) 395-4409
amelton@lucbro.com

Ryan Joseph (admitted *pro hac vice*)
101 Wood Avenue South
Woodbridge, New Jersey 08857
(732) 395-4496
rjoseph@lucbro.com

Samuel Blatnick
7300 W 110th Street, Suite 700
Overland Park, Kansas 66210
(913) 392-8505
sblatnick@lucbro.com

***ATTORNEYS FOR DEFENDANTS OLAYINKA TEMITOPE OYEBOLA and OLAYINKA OYEBOLA & CO. (CHARTERED ACCOUNTANTS)***

## CERTIFICATE OF SERVICE

I hereby certify that, on the 24th day of April, 2025, the above and foregoing was filed and served upon all counsel of record via the Court's electronic filing system.

*/s/ Anne Melton*
Anne Melton

---

The conference is adjourned to Wednesday, May 14, 2025, at 11:00 a.m. The provisions of Docket # 61 continue to apply, including the dial-in instructions. Lucosky Bookman LLP is directed to serve a copy of this Order on defendants and to again comply with instructions in the fourth paragraph of Docket # 61.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

April 25, 2025