USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/2/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

OLAYINKA TEMITOPE OYEBOLA and OLAYINKA OYEBOLA & CO. (CHARTERED ACCOUNTANTS),

Defendants.

Case No.: 1:24-cv-07363

---

**DEFENDANTS' NOTICE OF WITHDRAWAL OF AFFIRMATIVE DEFENSES**

PLEASE TAKE NOTICE that Defendants Olayinka Temitope Oyebola and Olayinka Oyebola & Co. (Chartered Accountants) hereby withdraw without prejudice the following affirmative defenses set forth in their First Amended Answer (Dkt. No. 28): (i) fair notice (Seventh Affirmative Defense); and (ii) estoppel (Twelfth Affirmative Defense).

Dated: May 1, 2025

---

Plaintiff's motion to strike, ECF No. 55, is DENIED as moot. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 55.

SO ORDERED.

Dated: May 2, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge