

LUCOSKY BROOKMAN LLP

101 Wood Avenue South
5th Floor
Woodbridge, NJ 08830

T – (732) 395-4400
F – (732) 395-4401

111 Broadway
Suite 807
New York, NY 10006

T – (212) 417-8160
F – (212) 417-8161

www.lucbro.com

# MEMORANDUM ENDORSED

May 13, 2025

**VIA ELECTRONIC FILING**
Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Securities and Exchange Commission v. Olayinka Temitope Oyebola and Olayinka Oyebola & Co. (Chartered Accountants)*
Case No. 1:24-cv-07363

Dear Judge Gorenstein:

    We represent Defendants Olayinka Temitope Oyebola and Olayinka Oyebola & Co. (Chartered Accountants) ( "Defendants") in the above-captioned matter (the "Action"). A telephonic conference is scheduled for May 14, 2025 on the undersigned's motion to withdraw as counsel for Defendants (the "Motion," ECF No. 58). We, along with the SEC, respectfully ask that the Motion be held in abeyance. Defendants and the SEC have reached an agreement in principle on terms that the SEC staff is willing to recommend to the Commission. If approved, the settlement will resolve the Action entirely. We will apprise the Court once the settlement is finalized.

    We appreciate the Court's consideration of our request.

Respectfully submitted,

**LUCOSKY BROOKMAN LLP**

*/s/ Anne Melton*
Anne Melton
111 Broadway, Suite 807
New York, New York 10006
(732) 395-4409
amelton@lucbro.com

Ryan Joseph (admitted *pro hac vice*)
101 Wood Avenue South
Woodbridge, New Jersey 08857
(732) 395-4496
rjoseph@lucbro.com



*ATTORNEYS FOR DEFENDANTS*
*OLAYINKA TEMITOPE OYEBOLA and*
*OLAYINKA OYEBOLA & CO. (CHARTERED ACCOUNTANTS)*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 13th day of May, 2025, the above and foregoing was filed and served upon all counsel of record via the Court's electronic filing system.

*/s/ Anne Melton*
Anne Melton

---

Granted. The motion to withdraw (Docket # 58) is deemed withdrawn. The conference scheduled for May 14, 2025, is cancelled.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

May 13, 2025