

**LUCOSKY BROOKMAN LLP**

101 Wood Avenue South
5th Floor
Woodbridge, NJ 08830

T – (732) 395-4400
F – (732) 395-4401

111 Broadway
Suite 807
New York, NY 10006

T – (212) 417-8160
F – (212) 417-8161

www.lucbro.com

# MEMORANDUM ENDORSED

**VIA ELECTRONIC FILING**
Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

May 15, 2025

Re: *Securities and Exchange Commission v. Olayinka Temitope Oyebola and Olayinka Oyebola & Co. (Chartered Accountants)*
Case No. 1:24-cv-07363

Dear Judge Gorenstein:

We represent Defendants Olayinka Temitope Oyebola and Olayinka Oyebola & Co. (Chartered Accountants) ("Defendants") in the above-captioned matter (the "Action"). Defendants and Plaintiff Securities and Exchange Commission ("SEC") have reached an agreement in principle on terms that the SEC staff is willing to recommend to the Commission. If approved, the settlement will resolve the Action in its entirety.

Jointly, we and the SEC respectfully request that the Court stay the deadlines set forth in the March 5, 2025 Discovery Scheduling Order (Dkt # 53) pending a final settlement agreement. The parties will file a joint status update on or before June 12, 2025 advising the Court whether a further stay of discovery is necessary. In the event the settlement is approved and finalized before June 12, the parties will notify the Court immediately.

We appreciate the Court's consideration of our request.

Respectfully submitted,

**LUCOSKY BROOKMAN LLP**

*/s/ Anne Melton*

Anne Melton
111 Broadway, Suite 807
New York, New York 10006 (732) 395-4409
amelton@lucbro.com

Ryan Joseph (admitted *pro hac vice*) 101 Wood Avenue South

---

The stay of deadlines is granted. The parties shall file a letter on June 12, 2025, on the status of settlement.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

May 15, 2025